

103 Eisenhower Parkway
Roseland, NJ 07068
T: 973.228.6667
F: 973.629.1246
www.paslawfirm.com

April 17, 2017

**VIA ECF**

Honorable Brian R. Martinotti
402 East State Street
Trenton, NJ 08608

    Re:    Case Name:    Marcus v. Royal Dental Supply
          **Case No.:**    **3:14-cv-06229-BRM-LHG**

Dear Judge Martinotti:

This firm represents the plaintiff Richard Marcus ("Plaintiff") and the putative class in connection with the above referenced matter.

We are prepared to voluntarily dismiss this action against the defendant Royal Dental Supply with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class, with the parties to bear their own costs and attorneys' fees, and waiving interest and all rights to appeal. Please see the attached proposed order.

We thank the Court for its courtesies.

Respectfully submitted,

Ross H. Schmierer