UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD MARCUS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>ROYAL DENTAL SUPPLY,<br><br>Defendant. | Case No.: 3:14-cv-06229-BRM-LHG<br><br>**ORDER FOR VOLUNTARY DISMISSAL** |

IT IS on this __18__ day of __April__, 2017 **HEREBY**

**ORDERED** that Plaintiff Richard Marcus hereby voluntarily dismisses this action against the defendant Royal Dental Supply with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class, with the parties to bear their own costs and attorneys' fees, and waiving interest and all rights to appeal.

_____
HON. BRIAN R. MARTINOTTI, J.S.C.